AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| X ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | EDPA Clerk's Office Room 2609, 601 Market St, Philadelphia, PA 19106 |
| DOCKET NO.<br>13-4565 | DATE FILED<br>8/7/13 |

| PLAINTIFF | DEFENDANT |
|---|---|
| MALIBU MEDIA, LLC | JOHN DOE |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  SEE ATTACHED | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# File Hashes for IP Address 24.127.191.139

**ISP:** Comcast Cable
**Physical Location:** Philadelphia, PA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 06/27/2013 22:10:22 | 613927EA57431CC2A66703708737C65B8621F16E | Dreams Do Come True |
| 06/12/2013 15:01:32 | 6417BFBD9D5B7F566631DA9085C03AEDF913D40C | A Wonderful World |
| 06/12/2013 14:57:51 | D55828DCDAC8C19DCE9D02EC65FCD3CDE25EB90F | Bad Girls |
| 05/06/2013 22:01:17 | 7A1C35F909C19B6CA5D36120E2C2199238121802 | Simply Stunning |
| 04/18/2013 19:56:52 | 6CB5E6EB996583FD1BCABD00DD95BB236A48C73B | Circles of Bliss |
| 03/03/2013 18:58:25 | 358B166E28DA2F5E8C73187CD093C2F3264E9736 | Black and White |
| 03/03/2013 18:44:30 | 33F98085A2169145221D951EC7BE04C211499554 | Mad Passion |
| 03/03/2013 08:58:22 | 04E64EF60966760416EC194F918BAB2956705CDD | Tuesday Morning |
| 03/02/2013 21:20:38 | 069CEC49FC514CD437AAE130285A89EA81D568F9 | Ready for Bed |
| 02/10/2013 23:22:26 | 0A69EE23E5C4655D6282FDFF962941744985628C | Sacred Romance |
| 02/04/2013 16:36:15 | 6D294471F6134D1DC8521AC5960DCD850CECD20A | Seeing Double |
| 01/20/2013 21:08:26 | 32FB591C8CC88500B7526CF57E8F5071DD3D3286 | Spur of the Moment |
| 01/14/2013 18:07:11 | CC6D00CDCAC96797C32B4AA9EBF1A330C0BF6455 | Morning Desires |
| 01/14/2013 17:56:11 | AC44BD2FC75996D6918F94E9E85828A7A01BF5B8 | Naughty and Nice |
| 10/24/2012 00:31:54 | 73D2A617D53196F98228F2629497720ADBBC6CED | Young Passion |
| 10/05/2012 18:41:15 | DF55C4415BD1DDB2DAE91139804053B35B33BBA1 | Morning Memories |
| 10/05/2012 18:37:13 | 2D58C7A02DE3E5168E85D0BF45A4036C512AAF88 | Black Lingerie Bliss |
| 07/30/2012 00:16:30 | 2603FA843D7DA698E0D38DD27525A472CFC61685 | Yoga in the Sky |
| 07/29/2012 06:03:11 | C0BAB6F898A8CACBF7E221D1E15076A75869656D | Morning Tryst |
| 07/28/2012 23:53:12 | 2F9072DFA4B3679949D33C3FFCE209A702155F10 | Pure Grace |
| 07/17/2012 00:34:06 | 75BC9955131F3F3DACEE43C430DDAF387D02E914 | Happy Couple |

**Total Statutory Claims Against Defendant: 21**

EXHIBIT A

**Copyrights-In-Suit for IP Address 24.127.191.139**

**ISP:** Comcast Cable
**Location:** Philadelphia, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Wonderful World | PA0001847651 | 05/27/2013 | 06/17/2013 | 06/12/2013 |
| Bad Girls | PA0001847661 | 06/07/2013 | 06/17/2013 | 06/12/2013 |
| Black and White | PA0001831226 | 02/22/2013 | 03/07/2013 | 03/03/2013 |
| Black Lingerie Bliss | PA0001806468 | 09/19/2012 | 09/19/2012 | 10/05/2012 |
| Circles of Bliss | PA0001833297 | 03/20/2013 | 04/01/2013 | 04/18/2013 |
| Dreams Do Come True | PENDING | 06/26/2013 | 06/27/2013 | 06/27/2013 |
| Happy Couple | PA0001794461 | 06/25/2012 | 06/25/2012 | 07/17/2012 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 03/03/2013 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/14/2013 |
| Morning Memories | PA0001806469 | 09/10/2012 | 09/19/2012 | 10/05/2012 |
| Morning Tryst | PA0001800355 | 07/24/2012 | 07/25/2012 | 07/29/2012 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 01/14/2013 |
| Pure Grace | PA0001800484 | 07/11/2012 | 07/12/2012 | 07/28/2012 |
| Ready for Bed | PA0001831199 | 02/24/2013 | 03/07/2013 | 03/02/2013 |
| Sacred Romance | PA0001825721 | 02/07/2013 | 02/07/2013 | 02/10/2013 |
| Seeing Double | PA0001824840 | 02/02/2013 | 02/07/2013 | 02/04/2013 |
| Simply Stunning | PA0001843103 | 05/03/2013 | 05/14/2013 | 05/06/2013 |
| Spur of the Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 01/20/2013 |
| Tuesday Morning | PA0001828897 | 02/26/2013 | 03/12/2013 | 03/03/2013 |
| Yoga in the Sky | PA0001794715 | 06/27/2012 | 06/29/2012 | 07/30/2012 |
| Young Passion | PA0001811852 | 10/17/2012 | 10/26/2012 | 10/24/2012 |

**Total Malibu Media, LLC Copyrights Infringed:  21**

EXHIBIT B

EPA156

**Expanded Surveillance of IP Address 24.127.191.139**

**ISP:** Comcast Cable
**Location:** Philadelphia, PA

| Hit Date UTC | Filename |
| --- | --- |
| 07/02/2013 | Teens Who Crave Big Dicks 3 (2013) [DVDRip][WwW.LoKoTorrents.CoM].mp4 |
| 07/02/2013 | Spoon - Transference [2010-MP3-Cov][Bubanee] |
| 07/02/2013 | Iron.Man.3.2013.R6.HDScr.LINE.NoSUBS.NoBLURS.XViD.AC3.HQ.Hive-CM8 |
| 06/13/2013 | Game of Thrones S03E10 HDTV x264-EVOLVE[ettv] |
| 06/03/2013 | Game.of.Thrones.S03E09.720p.HDTV.x264-EVOLVE [PublicHD] |
| 05/25/2013 | Daft Punk - Random Access Memories  [2013] 320 |
| 05/21/2013 | Game of Thrones S03E08 HDTV x264-EVOLVE[ettv] |
| 05/20/2013 | Putumayo Presents-Euro Lounge 2003 |
| 05/20/2013 | The Collection (2012) |
| 05/14/2013 | Deerhunter - Monomania 2013 Rock 320kbps CBR MP3 [VX] [P2PDL] |
| 05/14/2013 | Game.of.Thrones.S03E07.HDTV.x264-2HD.mp4 |
| 05/08/2013 | Game.of.Thrones.S03E06.HDTV.x264-2HD.mp4 |
| 05/05/2013 | Game.of.Thrones.S03E05.PROPER.720p.HDTV.x264-KILLERS |
| 04/25/2013 | Game of Thrones S03E04 HDTV x264-EVOLVE[ettv] |
| 04/18/2013 | Eskmo - Terra |
| 04/17/2013 | Game.of.Thrones.S03E03.HDTV.x264-EVOLVE.mp4 |
| 04/16/2013 | Game.of.Thrones.S03E03.720p.HDTV.x264-EVOLVE.mkv |
| 04/08/2013 | Game of Thrones S03E02 HDTV x264-2HD[ettv] |
| 04/05/2013 | 2010 - Life Of Leisure |
| 04/05/2013 | Purity Ring - Shrines |
| 04/04/2013 | Atoms For Peace - AMOK (2013) |
| 04/04/2013 | Jim James-Regions Of Light And Sound Of God (2013) 320Kbit(mp3) DMT |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 01/31/2013 | The.Following.S01E01.720p.HDTV.X264-DIMENSION.mkv |
| 01/31/2013 | The.Following.S01E02.720p.HDTV.X264-DIMENSION [PublicHD] |
| 01/21/2013 | The.Following.S01E00.1080p.WEB-DL.AAC2.0.H.264-KiNGS [PublicHD] |
| 01/15/2013 | Cloud.Atlas.2012.READNFO.BRRip.XviD-g3noc1d3 |
| 01/15/2013 | Zero.Dark.Thirty.2012.DVDSCR.XViD-TiCKLE.TiME |
| 01/15/2013 | The.Bourne.Legacy.2012.DVDRip.XviD-NEUTRINO (SilverTorrent) |
| 01/15/2013 | Seven.Psychopaths.2012.DVDSCR.XviD-AbSurdiTy |
| 01/15/2013 | ARGO DVDRIP EDAW2013 |
| 01/14/2013 | UFC.On.Fuel.Munoz.vs.Weidman.HDTV.x264-RUDOS |
| 01/14/2013 | [ www.Torsky.org ] Putalocura Olivia_SuperLovers.wmv |
| 01/12/2013 | What Laptop Magazine November 2012 |
| 01/09/2013 | UFC.on.Fuel.TV.Struve.vs.Miocic.30th.Sept.2012.HDTV.x264-Sir.Paul |
| 01/05/2013 | The.Raid.Redemption.2011.720p.HDRip.DD5.1.Eng.NL.Subs |
| 01/05/2013 | The Collector 2009 720p BRRip x264 aac vice |
| 01/04/2013 | [ www.TorrentDay.com ] - The.Layover.S02E03.Philadelphia.HDTV.XviD-AFG |
| 01/03/2013 | Robot.Chicken.S06E04.Poisoned.By.Relatives.WEB-DL.XviD.MP3 |
| 01/03/2013 | Childrens.Hospital.US.S04E14.HDTV.x264-2HD.mp4 |
| 01/03/2013 | [ www.TorrentDay.com ] - Catfish.The.TV.Show.S01E02.Trina.and.Scorpio.480p.HDTV.x264-mSD |
| 01/03/2013 | Robot.Chicken.S06E03.Punctured.Jugular.WEB-DL.XviD.MP3 |
| 01/03/2013 | Boardwalk Empire S03E11 720p HDTV x264-EVOLVE [PublicHD] |
| 01/03/2013 | [ www.TorrentDay.com ] - ESPN.30.for.30.S02E03.Theres.No.Place.Like.Home.HDTV.x264-FQM |
| 01/02/2013 | Boss.S02E05.HDTV.x264-EVOLVE.[VTV].mp4 |
| 01/02/2013 | Boardwalk Empire S03E02 HDTV x264 + Subtitles [GlowGaze] |
| 01/02/2013 | [ www.TorrentDay.com ] - Childrens.Hospital.US.S04E07.HDTV.x264-EVOLVE |
| 01/02/2013 | Homeland.S02E07.HDTV.x264-ASAP.[VTV].mp4 |
| 01/02/2013 | Boss.S02E07.HDTV.x264-EVOLVE.[VTV].mp4 |

EXHIBIT C

| Hit Date  UTC | Filename |
|---|---|
| 01/02/2013 | Boss.S02E10.HDTV.x264-EVOLVE.[VTV].mp4 |
| 01/02/2013 | Its.Always.Sunny.in.Philadelphia.S08E10.HDTV.x264-2HD.mp4 |
| 01/02/2013 | [ www.TorrentDay.com ] - ESPN.30.for.30.S02E04.Benji.HDTV.x264-FQM |
| 01/02/2013 | Boardwalk Empire S03E09 HDTV x264-EVOLVE[ettv] |
| 01/02/2013 | Homeland S02E12 HDTV x264-ASAP[ettv] |
| 01/02/2013 | Childrens.Hospital.US.S04E10.HDTV.x264-2HD.mp4 |
| 01/02/2013 | The.League.S04E02.HDTV.x264-LOL.mp4 |
| 01/02/2013 | Homeland.S02E10.Broken.Hearts.480p.WEB-DL.x264-mSD |
| 01/02/2013 | Boardwalk Empire S03E07 HDTV x264-EVOLVE[ettv] |
| 01/02/2013 | Homeland.S02E09.HDTV.x264-ASAP.[VTV].mp4 |
| 01/02/2013 | Homeland S02E05 Season 2 Episode 5 HDTV x264 [GlowGaze] |
| 01/02/2013 | Childrens.Hospital.US.S04E13.HDTV.x264-EVOLVE.mp4 |
| 01/02/2013 | Boardwalk.Empire.S03E09.720p.HDTV.x264-EVOLVE [PublicHD] |
| 01/02/2013 | Boardwalk Empire S03E12 HDTV x264-ASAP[ettv] |
| 01/02/2013 | Its Always Sunny in Philadelphia S08E06 HDTV x264-ASAP[ettv] |
| 01/02/2013 | Homeland S02E08 Season 2 Episode 8 HDTV x264 [GlowGaze] |
| 01/02/2013 | Homeland.S02E01.720p.HDTV.x264-EVOLVE.mkv |
| 01/02/2013 | Boardwalk Empire S03E03 HDTV x264-ASAP[ettv] |
| 01/02/2013 | Robot.Chicken.S06E11.HDTV.x264-EVOLVE.mp4 |
| 01/02/2013 | Its.Always.Sunny.in.Philadelphia.S08E04.HDTV.x264-ASAP.mp4 |
| 01/02/2013 | Pusher.2012.DVDRip.XviD-PTpOWeR |
| 01/02/2013 | American_Horror_Story_S02E02_Tricks_and_Treats_720p_WEB-DL_DD5.1_H.264_-_HoodBag.mkv |
| 01/02/2013 | [ www.Speed.Cd ] - Boardwalk.Empire.S03E09.720p.HDTV.x264-EVOLVE |
| 01/02/2013 | [ www.TorrentDay.com ] - Boardwalk.Empire.S03E10.HDTV.x264-EVOLVE |
| 01/02/2013 | Boardwalk Empire S03E05 HDTV x264-ASAP[ettv] |
| 01/02/2013 | Boss.S02E08.HDTV.x264-EVOLVE.[VTV].mp4 |

EXHIBIT C

EPA156

| Hit Date UTC | Filename |
|---|---|
| 01/02/2013 | Robot.Chicken.S06E05.1080p.WEB-DL.AAC2.0.H264-iT00NZ |
| 01/02/2013 | Homeland S02E03 HDTV x264-ASAP[ettv] |
| 01/02/2013 | Boardwalk.Empire.S03E07.HDTV.x264-EVOLVE.mp4 |
| 01/02/2013 | Boardwalk Empire S03E08 HDTV x264-EVOLVE[ettv] |
| 01/02/2013 | Boss.S02E06.HDTV.XviD-AFG |
| 01/02/2013 | The.League.S04E08.HDTV.x264-LOL.mp4 |
| 01/02/2013 | The League S04E11 HDTV x264-LOL[ettv] |
| 01/02/2013 | [ www.TorrentDay.com ] - Its.Always.Sunny.in.Philadelphia.S08E03.480p.HDTV.x264-mSD |
| 01/02/2013 | Boardwalk.Empire.S03E01.HDTV.x264-EVOLVE.mp4 |
| 01/02/2013 | AHS S02E03 720p Web-Dl 275mb MrLss |
| 01/02/2013 | The.League.S04E01.HDTV.x264-LOL.mp4 |
| 01/02/2013 | Boardwalk Empire S03E06 HDTV x264-EVOLVE[ettv] |
| 01/02/2013 | Childrens.Hospital.US.S04E12.HDTV.x264-2HD.mp4 |
| 01/02/2013 | Its.Always.Sunny.in.Philadelphia.S08E08.HDTV.x264-2HD.mp4 |
| 01/02/2013 | Moonrise Kingdom (2012) [1080p] |
| 01/02/2013 | Childrens.Hospital.US.S04E07.HDTV.x264-EVOLVE.mp4 |
| 01/02/2013 | The.League.S04E03.HDTV.x264-LOL.mp4 |
| 01/02/2013 | The.League.S04E12.HDTV.x264-2HD.mp4 |
| 01/02/2013 | Boardwalk Empire S03E04 HDTV x264-EVOLVE[ettv] |
| 01/02/2013 | Its.Always.Sunny.in.Philadelphia.S08E05.HDTV.x264-ASAP.mp4 |
| 01/02/2013 | Louie.S03E12.HDTV.XviD-AFG |
| 01/02/2013 | Robot.Chicken.S06E10.HDTV.x264-EVOLVE.mp4 |
| 01/02/2013 | American.Horror.Story.S02E04.720p.HDTV.X264-DIMENSION.mkv |
| 01/02/2013 | Looper.2012.TS.NEW.SOURCE.READNFO.XViD-26K |
| 01/02/2013 | Boardwalk.Empire.S03E03.HDTV.x264-ASAP.mp4 |
| 01/02/2013 | The.League.S04E09.HDTV.x264-LOL.mp4 |

EXHIBIT C

EPA156

| Hit Date UTC | Filename |
|---|---|
| 01/02/2013 | The.League.S04E07.HDTV.x264-LOL.mp4 |
| 01/02/2013 | Its Always Sunny in Philadelphia S08E03 720p WEB-DL AAC2.0 H.264-NorTV [PublicHD] |
| 01/02/2013 | Boardwalk.Empire.S03E11.HDTV.x264-EVOLVE.mp4 |
| 01/02/2013 | Homeland S02E04 HDTV x264 + Subtitles [GlowGaze] |
| 01/02/2013 | psig-ted.2012.dvdrip.xvid.ac3.avi |
| 01/02/2013 | Childrens.Hospital.US.S04E05.HDTV.x264-EVOLVE.mp4 |
| 01/02/2013 | Beasts.Of.The.Southern.Wild.2012.LIMITED.DVDRip.XviD-SPARKS |
| 01/02/2013 | Louie.S03E11.HDTV.x264-LOL.mp4 |
| 01/02/2013 | [ www.TorrentDay.com ] - Catfish.The.TV.Show.S01E04.Jasmine.and.Mike.HDTV.x264-2HD |
| 01/02/2013 | Robot.Chicken.S06E00.DC.Special.WEB-DL.XviD.MP3 |
| 01/02/2013 | Boardwalk.Empire.S03E07.720p.HDTV.x264-EVOLVE.mkv |
| 01/02/2013 | Boss.S02E07.HDTV.XviD-AFG |
| 01/02/2013 | Robot.Chicken.S06E06.720p.WEB-DL.AAC2.0.H264-iT00NZ |
| 01/02/2013 | The.League.S04E13.HDTV.x264-LOL.mp4 |
| 01/02/2013 | Deadwood.S01.Season.1.720p.x264.MIKY |
| 01/02/2013 | [ www.TorrentDay.com ] - Moral.Orel.Beforal.Orel.HDTV.XviD-AFG |
| 01/02/2013 | Boardwalk.Empire.S03E11.HDTV.XviD-AFG |
| 01/02/2013 | Boardwalk.Empire.S03E04.HDTV.x264-EVOLVE.mp4 |
| 01/02/2013 | Homeland S02E02 HDTV x264-EVOLVE[ettv] |
| 01/02/2013 | [ www.TorrentDay.com ] - Catfish.The.TV.Show.S01E01.Sunny.and.Jamison.HDTV.x264-2HD |
| 01/02/2013 | Black Eyed Peas (2009) - The E.N.D |
| 01/02/2013 | Robot.Chicken.S06E07.HDTV.x264-EVOLVE.mp4 |
| 01/02/2013 | Homeland.S02E03.HDTV.x264-ASAP.[VTV].mp4 |
| 01/02/2013 | Robot.Chicken.S06E02.Crushed.by.a.Steamroller.on.My.53rd.Birthday.WEB-DL.XviD.MP3 |
| 01/02/2013 | Childrens.Hospital.US.S04E06.HDTV.x264-EVOLVE.mp4 |
| 01/02/2013 | Childrens.Hospital.US.S04E11.HDTV.x264-2HD.mp4 |

EXHIBIT C

EPA156

| Hit Date UTC | Filename |
|---|---|
| 01/02/2013 | [ www.Speed.Cd ] - Homeland.S02E07.720p.HDTV.x264-IMMERSE |
| 01/02/2013 | The.League.S04E10.HDTV.x264-LOL.mp4 |
| 01/02/2013 | Homeland.S02E06.HDTV.x264-ASAP.[VTV].mp4 |
| 01/02/2013 | Homeland.S02E09.720p.HDTV.x264-IMMERSE.mkv |
| 01/02/2013 | Childrens.Hospital.US.S04E08.HDTV.x264-EVOLVE.mp4 |
| 01/02/2013 | Boardwalk Empire S03E11 HDTV x264-EVOLVE[ettv] |
| 01/02/2013 | The.League.S04E04.HDTV.x264-LOL.mp4 |
| 01/02/2013 | Robot.Chicken.S06E08.720p.WEB-DL.AAC2.0.H264-iT00NZ |
| 01/02/2013 | The League S04E06 HDTV x264-LOL[ettv] |
| 01/02/2013 | Boardwalk Empire S03E10 HDTV x264-EVOLVE[ettv] |
| 01/02/2013 | AHS S02E01 720p Web-Dl 275mb MrLss |
| 01/02/2013 | Homeland.S02E11.HDTV.x264-EVOLVE.[VTV].mp4 |
| 01/02/2013 | 50 First Dates (2004) [1080p] |
| 01/02/2013 | Robot.Chicken.S06E12.Butchered.in.Burbank.HDTV.x264-FQM.mp4 |
| 01/02/2013 | Homeland.S02E02.720p.HDTV.x264-EVOLVE.mkv |
| 01/02/2013 | Boss.S02E04.HDTV.x264-EVOLVE.[VTV].mp4 |
| 01/02/2013 | [ www.TorrentDay.com ] - ESPN.30.for.30.S02E05.Ghosts.of.Ole.Miss.HDTV.x264-FQM |
| 01/02/2013 | The.League.S04E05.HDTV.x264-LOL.mp4 |
| 01/02/2013 | Robot.Chicken.S06E01.Executed.By.the.State.WEB-DL.XviD.MP3 |
| 01/02/2013 | Boss.S02E09.HDTV.x264-EVOLVE.[VTV].mp4 |
| 01/02/2013 | Its.Always.Sunny.in.Philadelphia.S08E09.HDTV.x264-ASAP.mp4 |
| 01/02/2013 | Pusher.2012.SweSub.DvDRiP.XviD.AC3-SWAXXON |
| 01/02/2013 | Childrens.Hospital.US.S04E09.HDTV.x264-2HD.mp4 |
| 01/02/2013 | 30.for.30.Broke.2012 |
| 01/02/2013 | American Horror Story - Season 1 |
| 01/02/2013 | Its.Always.Sunny.in.Philadelphia.S08E07.HDTV.x264-2HD.mp4 |

EXHIBIT C

EPA156

| Hit Date UTC | Filename |
|---|---|
| 01/02/2013 | [ www.TorrentDay.com ] - ESPN.30.for.30.S02E02.9.79.HDTV.x264-FQM |
| 01/02/2013 | Robot.Chicken.S06E09.Hemlock.Gin.and.Juice.WEB-DL.XviD.MP3 |
| 01/02/2013 | Robot.Chicken.S06E11.720p.WEB-DL.AAC2.0.H264-iT00NZ |
| 01/02/2013 | Boss.S02E07.720p.HDTV.x264-EVOLVE [PublicHD] |
| 01/02/2013 | Its.Always.Sunny.in.Philadelphia.S08E04.PROPER.HDTV.x264-2HD.mp4 |
| 01/02/2013 | Robert Walser |
| 01/02/2013 | [ www.TorrentDay.com ] - Catfish.The.TV.Show.S01E05.Jarrod.and.Abby.HDTV.x264-2HD |
| 01/02/2013 | The.League.S04E06.HDTV.x264-LOL.mp4 |
| 01/02/2013 | [ www.TorrentDay.com ] - Catfish.The.TV.Show.S01E03.Kim.and.Matt.HDTV.x264-2HD |
| 12/29/2012 | The.Amazing.Spider-Man.2012.RETAiL.DVDRiP.XViD-PSiG |
| 12/11/2012 | Homeland.S01E12.HDTV.XviD-LOL.[VTV].avi |
| 12/11/2012 | Boss.S02E02.HDTV.x264-EVOLVE.[VTV].mp4 |
| 12/11/2012 | Childrens.Hospital.US.S04E04.HDTV.x264-2HD.mp4 |
| 12/11/2012 | Boss.S02E01.HDTV.XviD-AFG |
| 12/11/2012 | Boss.S02E03.HDTV.x264-EVOLVE.[VTV].mp4 |
| 12/11/2012 | Homeland.S01E10.REPACK.720p.HDTV.x264-IMMERSE.mkv |
| 12/11/2012 | Magic.City.S01 |
| 12/11/2012 | Magic.City.S01E03.HDTV.x264-ASAP.mp4 |
| 12/11/2012 | Homeland.S01E09.HDTV.XviD-LOL.[VTV].avi |
| 12/11/2012 | Sleepwalk.With.Me.2012.LIMITED.BDRip.XviD-SPARKS |
| 12/11/2012 | Burn.Notice.S05E17.HDTV.XviD-ASAP |
| 12/11/2012 | Magic City S01E02 DVDSCR XviD-2HD[ettv] |
| 12/11/2012 | Magic.City.S01E01.HDTV.x264-ASAP.mp4 |
| 12/10/2012 | Carla Cox from Delphi.avi |
| 12/07/2012 | FoxIt PDF Editor 2.0.zip |
| 12/07/2012 | Sinister.2012.Complete.R5.DVDRip.XViD.AC3-UNiQUE |

EXHIBIT C

EPA156

| Hit Date UTC | Filename |
|---|---|
| 10/06/2012 | South.Park.S16E09.HDTV.x264-ASAP.mp4 |
| 10/05/2012 | Boardwalk.Empire.S03E03.720p.HDTV.x264-EVOLVE [PublicHD] |
| 10/01/2012 | Boardwalk.Empire.S03E02.720p.HDTV.x264-EVOLVE.mkv |
| 09/29/2012 | South.Park.S16E08.HDTV.x264-2HD.mp4 |
| 09/26/2012 | VHS (2012) |
| 09/24/2012 | Fright.Night.2011.BRRip.XviD.AC3-LYCAN |
| 09/24/2012 | Wilfred.US.S02E13.HDTV.x264-LOL.[VTV].mp4 |
| 09/22/2012 | [www.torrentcity.me] Man.on.a.Ledge.2012.FRENCH.R5.MD.XviD-BLOODYMARY.avi |
| 09/22/2012 | Fifa 12 virtual pro. 85% |
| 09/22/2012 | Menomena - Moms (2012) |
| 09/19/2012 | 1993 - Four Men And A Dog - Shifting Gravel |
| 09/16/2012 | Wilfred.US.S02E12.HDTV.x264-LOL.[VTV].mp4 |
| 09/16/2012 | 50.50.2011.720p.BluRay.x264-REFiNED |
| 09/11/2012 | Nubiles.Layla.Rose.Purplevibe.XXX.pornalized.wmv |
| 09/11/2012 | [ www.Torrenting.com ] - Prometheus.2012.720P.TS.XViD-26K |
| 09/11/2012 | The Grey (2011) |
| 09/05/2012 | Hard.Knocks.S07E05.HDTV.x264-WiLDCAT |
| 09/04/2012 | Breaking.Bad.S05E08.HDTV.x264-ASAP.mp4 |
| 09/03/2012 | The.Hunger.Games.2012.DVDRip.INSPiRAL.rar |
| 09/03/2012 | Wilfred.US.S02E11.HDTV.x264-LOL.[VTV].mp4 |
| 09/03/2012 | [ www.TorrentDay.com ] - Hard.Knocks.S07E04.HDTV.x264-SYS |
| 09/01/2012 | Wilfred.US.S02E10.HDTV.x264-LOL.[VTV].mp4 |
| 08/31/2012 | [ UsaBit.com ] - Kill.List.2011.720p.BluRay.X264-7SinS |
| 08/31/2012 | {www.scenetime.com}Headhunters [2011] DVDRIP Xvid AC3-BHRG |
| 08/28/2012 | Breaking Bad S05E07 HDTV x264-COMPULSiON[ettv] |
| 08/27/2012 | Carnage.2011.x264.DTS-WAF |

EXHIBIT C

EPA156

| Hit Date UTC | Filename |
|---|---|
| 08/25/2012 | Yeasayer-Fragrant World (2012) |
| 08/22/2012 | www.torrent.to...Two.and.a.Half.Men.S09E06.GERMAN.SUBBED.HDTV.XviD |
| 08/22/2012 | Hard.Knocks.S07E03.HDTV.x264-WiLDCAT |
| 08/20/2012 | The.Cabin.in.the.Woods.2012.KORSUB.720p.HDRip.x264.AC3-JYK |
| 08/20/2012 | Wilfred US S02E09 HDTV x264-LOL[ettv] |
| 08/20/2012 | Breaking.Bad.S05E06.720p.HDTV.x264-EVOLVE.mkv |
| 08/16/2012 | [ www.TorrentDay.com ] - Hard.Knocks.S07E02.480p.HDTV.x264-mSD |
| 08/16/2012 | Prometheus 2012 DVDRip  XViD - FiCO |
| 08/16/2012 | Law.and.Order.Criminal.Intent.S07E20.HDTV.XviD-NoTV.avi |
| 08/16/2012 | The Cabin In The Woods 2012 DVDRip  XViD - UNCUT FULL |
| 08/11/2012 | Bernie.2011.LIMITED.720p.BluRay.x264-REFiNED [PublicHD] |
| 08/10/2012 | Hard.Knocks.S07E01.HDTV.x264-WiLDCAT |
| 08/09/2012 | Wilfred.US.S02E07.HDTV.x264-EVOLVE.[VTV].mp4 |
| 08/09/2012 | Wilfred.US.S02E06.HDTV.x264-LOL.[VTV].mp4 |
| 08/07/2012 | Breaking Bad S05E03 Hazard Pay HDTV x264-FQM[ettv] |
| 08/06/2012 | Breaking.Bad.S05E02.Madrigal.HDTV.x264-FQM.mp4 |
| 08/02/2012 | The Avengers 2012 HD TS READNFO REPACK XviD-26k |
| 08/02/2012 | Workaholics.S03E10.HDTV.x264-2HD.mp4 |
| 08/01/2012 | Sherlock.2x03.The.Reichenbach.Fall.HDTV.XviD-FoV.avi |
| 07/31/2012 | Fang Island - Major  (2012) [FLAC] |
| 07/26/2012 | Workaholics S03E09 Ders Comes in Handy HDTV x264-FQM[ettv] |
| 07/25/2012 | Sherlock.2x02.The.Hounds.Of.Baskerville.HDTV.XviD-FoV.avi |
| 07/24/2012 | Wilfred.US.S02E05.HDTV.x264-LOL.mp4 |
| 07/20/2012 | The.Ultimate.Fighter.Live.Finale.1st.June.2012.HDTV.x264-Sir.Paul |
| 07/19/2012 | Workaholics S03E08 HDTV x264-EVOLVE[ettv] |

EXHIBIT C

EPA156

| Hit Date UTC | Filename |
|---|---|
| 12/07/2012 | Premium.Rush.2012.720p.BluRay.DTS.x264-PublicHD |
| 12/06/2012 | Lawless.2012.BDRip.XviD-SPARKS |
| 12/06/2012 | ParaNorman.2012.HDRip.XviD-S4A |
| 12/03/2012 | Boardwalk.Empire.S03E12.HDTV.x264-ASAP.mp4 |
| 11/26/2012 | The.Walking.Dead.S03E07.720p.HDTV.x264-EVOLVE.mkv |
| 11/26/2012 | dj franky fearless scratchin at my house 13_10_06.wmv |
| 11/26/2012 | Boardwalk.Empire.S03E11.720p.HDTV.x264-EVOLVE.mkv |
| 11/24/2012 | 十三号仓库.Warehouse 13 S04E10.Chi_Eng.WEBrip.AAC.1024X576.x264-YYeTs人人影视.mkv |
| 11/24/2012 | [ www.Speed.Cd ] - Boardwalk.Empire.S03E10.720p.HDTV.x264-EVOLVE |
| 11/24/2012 | Monster Girl Quest Part 6 Plus - (Keys-Gen) |
| 11/24/2012 | The Walking Dead S03E06 HDTV x264-ASAP[ettv] |
| 11/23/2012 | The Classic |
| 11/23/2012 | CorelDraw X4 + Keygen |
| 11/22/2012 | 30 Seconds to Mars - Hurricane (Uncensored).mp4 |
| 11/20/2012 | Bratany-3.18.SATRip.avi |
| 11/19/2012 | [Kung_Fu]_The Jade Bow (1966) - Rmvb |
| 11/17/2012 | Killer.Joe.2011.720p.BluRay.x264-DESPiTE [PublicHD] |
| 11/12/2012 | the.walking.dead.s03e05.hdtv.x264-2hd.mp4 |
| 11/05/2012 | The.Walking.Dead.S03E04.720p.HDTV.x264-IMMERSE.mkv |
| 11/05/2012 | Boardwalk.Empire.S03E08.720p.HDTV.x264-EVOLVE.mkv |
| 10/24/2012 | Boardwalk.Empire.S03E06.720p.HDTV.x264-EVOLVE.mkv |
| 10/24/2012 | Black Moth Super Rainbow |
| 10/24/2012 | The.Walking.Dead.S03E02.720p.HDTV.x264-IMMERSE.mkv |
| 10/17/2012 | Boardwalk.Empire.S03E05.720p.HDTV.x264-IMMERSE.mkv |
| 10/15/2012 | The.Walking.Dead.S03E01.HDTV.XviD-AFG |
| 10/15/2012 | Lonerism |

EXHIBIT C

EPA156